# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

––––––––––––––––––––––––––

Case No. 6D23-1631
Lower Tribunal No. 2020-CF-013550-A-O

––––––––––––––––––––––––––

JOSE CERRATO MEJIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

––––––––––––––––––––––––––

Appeal from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

June 25, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Jean-Jacques Darius, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Chance, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED